Mark A. Grothoff, for Appellant.

Mary H. Moore, for Respondent.

Before Division One: MARK D. PFEIFFER, Presiding Judge, VICTOR C. HOWARD, Judge and ALOK AHUJA, Judge.

### ORDER

PER CURIAM:

Ricky McCabe appeals the judgment of the motion court denying his Rule 29.15 motion for postconviction relief following an evidentiary hearing. McCabe sought to vacate his conviction for possession of a prohibited article in a county jail, section 221.111, and sentence as a persistent offender to twenty-five years imprisonment. In his sole point on appeal, he claims that trial counsel was ineffective in objecting to the State's request to strike a juror for cause. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).

**Thomas FARRIS, Appellant,**

v.

**MISSOURI DEPARTMENT OF CORRECTIONS, et al., Respondents.**

**No. WD 75238.**

Missouri Court of Appeals, Western District.

March 12, 2013.

Thomas Farris, Jefferson City, MO, Appellant acting pro se.

Terrence Messonnier, Jefferson City, MO, for Respondent.

Before JAMES EDWARD WELSH, C.J., KAREN KING MITCHELL, and CYNTHIA L. MARTIN, JJ.

### ORDER

PER CURIAM:

Thomas Farris appeals the circuit court's judgment granting the Missouri Department of Corrections' motion for judgment on the pleadings and denying his petition for declaratory judgment. We affirm. Rule 84.16(b).

**STATE of Missouri, Appellant,**

v.

**Harry Don FOSTER, Respondent.**

**No. SD 32181.**

Missouri Court of Appeals, Southern District, Division Two.

March 20, 2013.

